# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Macrovision Corporation

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Uniloc USA, Inc. and Uniloc (Singapore) Private Limited

E-filing

BZ

TO: (Name and address of defendant)
Uniloc USA, Inc.
3333 Michelson Drive, Suite 600
Irvine, CA 92612

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Claude Stern
Quinn Emanuel Urquhart Oliver & Hedges LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  MAR 1 3 2008

MARY ANN BUCKLEY

(BY) DEPUTY CLERK

NDCAO440