CV 08 1447 E-filing BZ

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of California__ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED<br>3/13/2008 | U.S. DISTRICT COURT Northern District of California |
|---|---|---|
| PLAINTIFF<br>MACROVISION CORPORATION | | DEFENDANT<br>UNILOC, USA and UNILOC (SINGAPORE) PRIVATE LIMITED |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,202,056 | 3/13/2001 | MACROVISION CORPORATION |
| 2 | 6,889,206 | 5/3/2005 | MACROVISION CORPORATION |
| 3 | 7,089,315 | 8/8/2006 | MACROVISION CORPORATION |
| 4 | 6,802,006 | 10/5/2004 | MACROVISION CORPORATION |
| 5 | 6,510,516 | 1/21/2003 | MACROVISION CORPORATION |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☑ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT<br>Currently Unknown. |
|---|

| CLERK<br>RICHARD W. WIEKING | (BY) DEPUTY CLERK<br>THELMA NUDO | DATE<br>MAR 13 2008 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy