QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California  94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

  Christopher E. Stretch (Bar No. 166752)
  chrisstretch@quinnemanuel.com
  Carl G. Anderson (Bar No. 239927)
  carlanderson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  9411

Attorneys for MACROVISION CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MACROVISION CORPORATION,<br><br>            Plaintiff,<br><br>      vs.<br><br>UNILOC USA, INC. and UNILOC (SINGAPORE) PRIVATE LIMITED,<br><br>            Defendant. | CASE NO. 08 CV 1447 BZ<br><br>MACROVISION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.Civ. P. 7.1 |

**MACROVISION'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Macrovision Corporation ("Macrovision") hereby advises the Court as follows:

1. Macrovision has no parent corporation.

2. On information and belief, no publicly held company owns more than 10% of Macrovision.

1

2  DATED: March _24, 2008         Respectfully submitted,

3                                 QUINN EMANUEL URQUHART OLIVER &
                                  HEDGES, LLP
4

5                                  By____/s/  Christopher Stretch_____
                                      Christopher Stretch
6                                     Attorneys for Macrovision Corporation

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28