QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

  Christopher E. Stretch (Bar No. 166752)
  chrisstretch@quinnemanuel.com
  Carl G. Anderson (Bar No. 239927)
  carlanderson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 9411

Attorneys for MACROVISION CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MACROVISION CORPORATION, | CASE NO. 08 CV 1447 BZ |
|---|---|
| Plaintiff, | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| vs. | |
| UNILOC USA, INC. and UNILOC (SINGAPORE) PRIVATE LIMITED, | |
| Defendant. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

| | | |
|---|---|---|
| 1 | DATED: March _24, 2008 | Respectfully submitted, |
| 2 | | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 3 | | |
| 4 | | By_____/s/ Christopher Stretch_____ |
| 5 | | Christopher Stretch<br>Attorneys for Macrovision Corporation |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28