1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
2     claudestern@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California  94065-2139
   Telephone:  (650) 801-5000
4  Facsimile:   (650) 801-5100

5     Christopher E. Stretch (Bar No. 166752)
   chrisstretch@quinnemanuel.com
6     Carl G. Anderson (Bar No. 239927)
   carlanderson@quinnemanuel.com
7  50 California Street, 22nd Floor
   San Francisco, California  9411
8
   Attorneys for MACROVISION
9  CORPORATION

10

11                   UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14  MACROVISION CORPORATION,  |  CASE NO. 4:08cv1447

15        Plaintiff,  |  **PLAINTIFF MACROVISION CORPORATION'S NOTICE OF DISMISSAL**

16        vs.  |

17  UNILOC USA, INC. and UNILOC (SINGAPORE) PRIVATE LIMITED,

18        Defendant.

19

20

21        Plaintiff Macrovision Corporation hereby dismisses all claims against

22  Defendants Uniloc USA, Inc. and Uniloc (Singapore) Private Limited in accordance

23  with Federal Rule of Civil Procedure 41(a)(1)(i).  By agreement of the parties the

24  Complaint was never served and neither Defendant has filed an answer or other

25  responsive pleading.  This dismissal is made with prejudice.

26

27

28

DATED: May 23, 2008             Respectfully submitted,

                                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


                                By    /s/ Christopher Stretch
                                   Christopher E. Stretch
                                   Attorneys for Macrovision Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2008, I electronically filed the foregoing document with the clerk of the court for the United States District Court, Northern District of California, Oakland Division, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                /s/ Christopher Stretch

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California  94065-2139
Telephone:  (650) 801-5000
Facsimile:   (650) 801-5100

  Christopher E. Stretch (Bar No. 166752)
  chrisstretch@quinnemanuel.com
  Carl G. Anderson (Bar No. 239927)
  carlanderson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  9411

Attorneys for MACROVISION CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MACROVISION CORPORATION,<br><br>       Plaintiff,<br><br>   vs.<br><br>UNILOC USA, INC. and UNILOC (SINGAPORE) PRIVATE LIMITED,<br><br>       Defendant. | CASE NO. 4:08cv1447<br><br>**[PROPOSED] ORDER ON MACROVISION CORPORATION'S NOTICE OF DISMISSAL** |

Before the Court is Plaintiff Macrovision Corporation's Notice off Dismissal with prejudice as to all defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).  After considering the Notice and finding that good cause exists for the granting of same, the Court is of the opinion that the Notice should be in all respects GRANTED.

   IT IS THEREFORE ORDERED that Macrovision Corporation's action is dismissed, with prejudice to the re-filing of same.

Signed this __ day of May, 2008.