1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
2  claudestern@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California 94065-2139
   Telephone: (650) 801-5000
4  Facsimile:  (650) 801-5100

5  Christopher E. Stretch (Bar No. 166752)
   chrisstretch@quinnemanuel.com
6  Carl G. Anderson (Bar No. 239927)
   carlanderson@quinnemanuel.com
7  50 California Street, 22nd Floor
   San Francisco, California 9411
8
   Attorneys for MACROVISION
9  CORPORATION

10

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14 | MACROVISION CORPORATION,           | CASE NO. 4:08cv1447
15 |         Plaintiff,                  | **ORDER ON MACROVISION CORPORATION'S NOTICE OF DISMISSAL**
16 |    vs.                              |
17 | UNILOC USA, INC. and UNILOC         |
   | (SINGAPORE) PRIVATE LIMITED,        |
18 |         Defendant.                  |

19

20

21       Before the Court is Plaintiff Macrovision Corporation's Notice off Dismissal with

22 prejudice as to all defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). After

23 considering the Notice and finding that good cause exists for the granting of same, the Court is of

24 the opinion that the Notice should be in all respects GRANTED.

25       IT IS THEREFORE ORDERED that Macrovision Corporation's action is

26 //

27 //

28

51355/2516994.1
                                                                Case No.4:08cv1447
                              [PROPOSED] ORDER ON MACROVISION'S NOTICE OF DISMISSAL

1  dismissed, with prejudice to the re-filing of same.

2  **IT IS SO ORDERED**.

3  DATED: June 11, 2008

*Saundra B. Armstrong*
Saundra Brown Armstrong
United States District Court Judge