AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Northern District of California** on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED 3/13/2008 | U.S. DISTRICT COURT Northern District of California |
|---|---|---|
| PLAINTIFF<br>MACROVISION CORPORATION | | DEFENDANT<br>UNILOC, USA and UNILOC (SINGAPORE) PRIVATE LIMITED |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,202,056 | 3/13/2001 | MACROVISION CORPORATION |
| 2 | 6,889,206 | 5/3/2005 | MACROVISION CORPORATION |
| 3 | 7,089,315 | 8/8/2006 | MACROVISION CORPORATION |
| 4 | 6,802,006 | 10/5/2004 | MACROVISION CORPORATION |
| 5 | 6,510,516 | 1/21/2003 | MACROVISION CORPORATION |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☑ Other Pleading |||
|---|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Currently Unknown***ORDER OF DISMISSAL, entered on 06/11/08***

| CLERK<br>**RICHARD W. WIEKING** | (BY) DEPUTY CLERK<br>Jessie Mosley | DATE<br>06/12/08 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

1 QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
2   claudestern@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
3 Redwood Shores, California 94065-2139
   Telephone: (650) 801-5000
4 Facsimile: (650) 801-5100

5   Christopher E. Stretch (Bar No. 166752)
    chrisstretch@quinnemanuel.com
6   Carl G. Anderson (Bar No. 239927)
    carlanderson@quinnemanuel.com
7 50 California Street, 22nd Floor
   San Francisco, California 9411
8
   Attorneys for MACROVISION
9 CORPORATION

E-FILED
JUN 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

#11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MACROVISION CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>UNILOC USA, INC. and UNILOC (SINGAPORE) PRIVATE LIMITED,<br><br>Defendant. | CASE NO. 4:08cv1447<br><br>**ORDER ON MACROVISION CORPORATION'S NOTICE OF DISMISSAL** |
|---|---|

Before the Court is Plaintiff Macrovision Corporation's Notice off Dismissal with prejudice as to all defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). After considering the Notice and finding that good cause exists for the granting of same, the Court is of the opinion that the Notice should be in all respects GRANTED.

IT IS THEREFORE ORDERED that Macrovision Corporation's action is

//
//

51355/2516994.1

Case No.4:08cv1447
[PROPOSED] ORDER ON MACROVISION'S NOTICE OF DISMISSAL

Entered on Civil Docket 6/11/08

1   dismissed, with prejudice to the re-filing of same.

2   **IT IS SO ORDERED**.

3   DATED: June 11, 2008

_____
Saundra Brown Armstrong
United States District Court Judge

51355/2516994.1

Case No.4:08cv1447
[PROPOSED] ORDER ON MACROVISION'S NOTICE OF DISMISSAL